**RECEIVED**

MAY 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 9, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

*08-16179*

**CASE NUMBER: CV 08-01087 SI**

**CASE TITLE: HOMER E HAWKINS-v-DEBORAH DEXTER**

USCA Case Number:

Dear Sir/Madam:

Enclosed is the NOTICE OF APPEAL in the above captioned case.  Please acknowledge

receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk
/s/

by:  Yumiko Saito
Case Systems Administrator

cc:  Counsel of Record

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 14 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

HOMER EARL HAWKINS,

              Petitioner - Appellant,

   V.

DEBORAH DEXTER, Warden,

              Respondent - Appellee.

No.  08-16179
D.C. No.  3:08-cv-01087-SI
Northern District of California,
San Francisco

**TIME SCHEDULE
ORDER**

The parties shall meet the following time schedule:

**Mon., June 23, 2008**      Appellant/petitioner's opening brief and excerpts of
                                    record shall be served and filed pursuant to FRAP 32
                                    and 9th Cir. R. 32-1;

**Failure of the appellant to comply with the Time Schedule Order will result in
automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal
may have their case submitted on the briefs and record without oral
argument, pursuant to FRAP 34(a). Within 10 days of the filing of the
appellant's opening brief, parties may file a statement setting forth the
reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Gerald Rosen

Deputy Clerk