UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 21 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| HOMER EARL HAWKINS,<br><br>        Petitioner - Appellant,<br><br> v.<br><br>DEBORAH DEXTER, Warden,<br><br>        Respondent - Appellee. | No.  08-16179<br>D.C. No.  3:08-cv-01087-SI<br>Northern District of California,<br>San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered 7/16/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Lee-Ann Collins
Deputy Clerk