**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 26, 2008

CASE NUMBER:   **CV 08-01087 SI**
CASE TITLE:   **HOMER E HAWKINS-v- DEBORAH DEXTER**
DATE MANDATE FILED:   August 21, 2008

TO COUNSEL OF RECORD:

      The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

      Sincerely,

      RICHARD W. WIEKING, Clerk

      /s/

      by:  Yumiko Saito
      Case Systems Administrator

Distribution:   CIVIL        -    Counsel of Record

                CRIMINAL   -    Counsel of Record
                                     U.S. Marshal (Copy of Mandate)
                                     U.S. Probation Office

NDC App-16