UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER E. HAWKINS, | No. C 08-1087 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DEBORAH DEXTER, Warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied on the merits.

IT IS SO ORDERED AND ADJUDGED.

DATED: February 18, 2009

_____
SUSAN ILLSTON
United States District Judge