UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER E. HAWKINS, | No. C 08-1087 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| DEBORAH DEXTER, Warden, | |
| Respondent. | |

On February 18, 2009, the court denied the petition for writ of habeas corpus and entered judgment. Petitioner filed a notice of appeal, which the court construed to also be a request for a certificate of appealability, and denied the certificate of appealability. Petitioner then filed a document on March 20, 2009, that was captioned "notice of appeal/motion" and consisted of a one-page notice of appeal, plus a 4-page application for leave to file second or successive petition, plus a 10-page opening brief that was also captioned as a "motion for request of 'COA.'" (Docket # 25.)   Much of the document appears to be a duplicate of the document that was docketed as a motion for certificate of appealability in the Ninth Circuit. See docket # 2 in Hawkins v. Dexter, Ninth Circuit No. 09-15499.

The "motion" filed as docket # 25 in this court is DENIED because there is no requested relief this court can grant based on the filing. Petitioner already filed a notice of appeal and a second notice of appeal accomplishes nothing.   The district court is not the appropriate court to which to send an application for leave to file a second or successive petition,  as that must be

sent to the Ninth Circuit. The district court is not the appropriate court to which to send an opening brief on appeal, as that also must be sent to the Ninth Circuit. Petitioner should send all future filings directly to the Ninth Circuit, where his case is now pending.

IT IS SO ORDERED.

DATED: November 10, 2009

_____
SUSAN ILLSTON
United States District Judge